McGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00075-KJM |
| Plaintiff, | STIPULATION AND ORDER RE SUBMISSION OF ELECTRONIC SIGNATURES |
| v. | |
| JOSE TRINIDAD GARCIA-ROJAS, | |
| Defendant. | COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its attorney of record, and defendant Jose Trinidad Garcia-Rojas, both individually and by and through his counsel of record, hereby stipulate as follows:

1. The defendant has consulted with his counsel regarding the plea agreement offer extended to him by the government pursuant to the Eastern District of California Fast-Track Immigration Prosecution Program, acceptance of which would require the defendant to waive indictment and consent to proceed via an information.

2. In order to do so, the defendant must execute (i) a waiver of indictment form, (ii) the proposed plea agreement, and (iii) the factual basis attached to the proposed plea agreement.

///

///

3. Obtaining actual signatures from the defendant, who is incarcerated at the Sacramento County Main Jail, would be both impracticable and imprudent in light of safety measures in place there to combat the COVID-19 public health pandemic.

4. Pursuant to General Order 616, the defendant consents to his defense counsel signing the waiver of indictment form, plea agreement, and factual basis on his behalf using defense counsel's electronic signature.

IT IS SO STIPULATED.

Dated: June 4, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: June 4, 2020

/s/ LINDA ALLISON
LINDA ALLISON
Counsel for Defendant
JOSE TRINIDAD GARCIA-ROJAS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of June, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE